Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Copeland, Larry E | Case Number: 08 B 19617 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 7/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 5, 2009
Confirmed:  September 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 450.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 420.30 |
| Trustee Fee: |  | 29.70 |
| Other Funds: |  | 0.00 |
| Totals: | 450.00 | 450.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,541.50 | 420.30 |
| 2. | SunTrust Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | SunTrust Mortgage Corporation | Secured | 2,200.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 61.59 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 180.16 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 42.57 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 8. | Credit Protection Association | Unsecured | | No Claim Filed |
| 9. | Credit Management Co. | Unsecured | | No Claim Filed |
| 10. | Cbe Group | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Account Recovery Service | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 6,025.82 | $ 420.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 29.70 |
| | $ 29.70 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Copeland, Larry E

Printed: 02/17/09

Case Number:  08 B 19617
Judge:  Hollis, Pamela S
Filed:  7/29/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*